David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MARIA E. CALVILLO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA E. CALVILLO,<br><br>    Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC; BANK OF AMERICA, N.A.; CENLAR FEDERAL SAVINGS BANK; BANK OF THE WEST; NATIONSTAR MORTGAGE, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>    Defendants. | **Case No. 2:17-cv-02115-MMD-PAL**<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO BANK OF AMERICA, N.A. ONLY** |

  Plaintiff MARIA E. CALVILLO and Defendant BANK OF AMERICA, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed in

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANK OF AMERICA, N.A.** Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 28, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ John E. Joseph, Esq. |
| David H. Krieger, Esq. | John E. Joseph, Esq. |
| Nevada Bar No. 9086 | McGuireWoods LLP |
| HAINES & KRIEGER, LLC | Tower Two-Sixty |
| 8985 S. Eastern Avenue | 260 Forbes Avenue |
| Suite 350 | Suite 1800 |
| Henderson, Nevada 89123 | Pittsburgh, PA 15222-3142 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| MARIA E. CALVILLO | BANK OF AMERICA, N.A. |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_November 28, 2017_____