David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MARIA E. CALVILLO*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA E. CALVILLO,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC; BANK OF AMERICA, N.A.; CENLAR FEDERAL SAVINGS BANK; BANK OF THE WEST; NATIONSTAR MORTGAGE, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-02115-MMD-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO CENLAR FEDERAL SAVINGS BANK ONLY** |

Plaintiff MARIA E. CALVILLO and Defendant CENLAR FEDERAL SAVINGS BANK hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CENLAR FEDERAL SAVINGS BANK**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: December 21, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Andrew A. Bao, Esq.
Andrew A. Bao, Esq.
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119
*Attorney for Defendant CENLAR FEDERAL SAVINGS BANK*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 22, 2017